IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-00639-MEH

TUCKER, ALBIN AND ASSOCIATES, INC.,

       Plaintiff,

vs.

WILLIAM M. HENNESSY,

       Defendant.

## JUDGMENT

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the orders entered in this case, FINAL JUDGMENT is entered.

Pursuant to the Order [ECF 46, issued on June 2, 2022] of Magistrate Judge Michael E. Hegarty GRANTING the Plaintiff's Motion for Entry of Final Judgment [ECF 45, filed March 18, 2022] which order is incorporated by reference, it is

ORDERED judgment shall be entered IN FAVOR of the Plaintiff, *Tucker, ALbim and Associates, Inc.*, and, AGAINST the Defendant, *William M. Hennessy*, on all claims for relief and causes of action asserted in this case. ORDERED final judgment in favor of Plaintiff as follows:

    (1) Plaintiff shall be awarded $71,383.71 in damages;

    (2) Plaintiff shall be awarded $6,271.64 in prejudgment interest; and

    (3) Defendant shall be enjoined from engaging in any commercial debt collection services within a seventy-five mile radius from Plaintiff's Colorado office for one year from the entry of final judgment.

Dated at Denver, Colorado, this 2nd day of June 2022.

                                        FOR THE COURT:
                                      Jeffrey P. Colwell, Clerk

                                      By *s/ C. Thompson*
                                          C. Thompson
                                          Deputy Clerk